UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM BICKOM, | 2:10-cv-00328-PMP-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| DWIGHT NEVEN, Warden, et al., | |
| Defendants. | |

The Court having read and considered Petitioner Bickom's Motion to Fix Time to Fix Time to File Reply (Doc. #16) filed April 8, 2011, and good cause appearing,

**IT IS ORDERED** that Motion to Fix Time to Fix Time to File Reply (Doc. #16) is **GRANTED.**

**IT IS FURTHER ORDERED** that Petitioner Bickom shall have to and including **June 30, 2011** in which to file his reply memorandum.

DATED this 11th day of April, 2011.

_____
PHILIP M. PRO
United States District Judge